Not for Publication

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **INDEPENDENT WALLCOVERING, INC.,** <br><br> Defendant. | Civil Action No.: 20-7084 (ES) (MAH) <br><br> **ORDER** |

**SALAS, DISTRICT JUDGE**

    This matter comes before the Court on Plaintiffs' renewed motion for default judgment against Defendant, Independent Wallcovering, Inc., pursuant to Federal Rule of Civil Procedure 55(b)(2). (D.E. No. 21). The Court has considered Plaintiffs' submissions and decides the motion without oral argument. *See* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b). For the reasons set forth in an Opinion to follow,

    IT IS on this 30th day of September 2022,

    **ORDERED** that Plaintiffs' renewed motion for default judgment (D.E. No. 21) is **GRANTED**; and it is further

    **ORDERED** that judgment for attorney's fees and costs is entered against Defendant in the amount of $3,131.00; and it is further

    **ORDERED** that Defendant shall provide either a cash or surety company bond in the amount of $50,000.00 within thirty (30) days of the date of this Order; and it is further

**ORDERED** that Defendant shall submit to a payroll audit within thirty (30) days of the date of this Order; and it is further

**ORDERED** that upon completion of the audit, Plaintiffs shall submit a motion with this Court requesting judgment to be entered against Defendant for the amount of fringe benefit contributions and union dues found to be due and owing in accordance with the audit, including interest and liquidated damages, pursuant to 29 U.S.C. § 1132(g)(2).

*/s/ Esther Salas*
Esther Salas, U.S.D.J.
